**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| IRIS HENRY-AIKEN, | : | No. 170 EAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (VANGUARD GROUP, INC.), | : | |
| | : | |
| | : | |
| PETITION OF:  LARRY PITT, ESQ. | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 8th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.